**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Aryne Randall, Peter Morrissey, and Scott Kuhn, on behalf of the Wells Fargo & Company 401(k) Plan and a class of similarly situated participants of the Plan, | No. 0:22-cv-02354-ECT-DJF |
| Plaintiffs, | |
| v. | |
| GreatBanc Trust Company, Wells Fargo & Co., and Timothy J. Sloan, | |
| Defendants. | |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and the Local Rules of this Court, Defendants, Wells Fargo & Company, Timothy J. Sloan, and GreatBanc Trust Company, move to dismiss Plaintiffs' First Amended Complaint in its entirety. The grounds for this motion are set forth in Defendants' Memorandum of Law in Support of their Motion to Dismiss Plaintiffs' First Amended Complaint, all supporting materials filed contemporaneously therewith, and arguments of counsel, as well as all the files, records, submissions, and proceedings in this matter.

Dated:    July 25, 2023

Respectfully submitted,

**PROSKAUER ROSE LLP**

By: *s/Russell L. Hirschhorn*
Russell L. Hirschhorn (*pro hac vice*)
Myron D. Rumeld (*pro hac vice*)
Sydney L. Juliano (*pro hac vice*)
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile:  (212) 969-2900
rhirschhorn@proskauer.com
mrumeld@proskauer.com
sjuliano@proskauer.com

**PROSKAUER ROSE LLP**
Tulio D. Chirinos (*pro hac vice*)
2255 Glades Road
Suite 421 Atrium
Boca Raton, FL 33431
Telephone: (561) 995-4737
Facsimile:  (561) 241-7145
tchirinos@proskauer.com

*Counsel for Wells Fargo & Company and
Timothy J. Sloan*

**FAEGRE DRINKER BIDDLE & REATH
LLP**
Richard A. Duncan (#0192983)
Kiera Murphy (#0401027)
90 S. 7th St., Suite 2200
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile:  (612) 766-1600
richard.duncan@faegredrinker.com
kiera.murphy@faegredrinker.com

*Counsel for Wells Fargo & Company and
Timothy J. Sloan*

2

**BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP**

By: *s/Roger H. Stetson*
Roger H. Stetson (*pro hac vice*)
200 West Madison St., Suite 3900
Chicago, IL 60606
Telephone: (312) 629-7339
Facsimile:  (312) 984-3150
roger.stetson@bfkn.com

**BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP**
Nicholas H. Callahan (#0392656)
121 S. Eighth St., Suite 895
Minneapolis, MN 55402
Telephone: (612) 354-7402
Facsimile:  (312) 984-3150
nick.callahan@bfkn.com

*Counsel for GreatBanc Trust Company*

3