UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Aryne Randall, Peter Morrissey, and Scott Kuhn on behalf of the Wells Fargo & Company 401(k) Plan and a class of similarly situated participants of the Plan,<br><br>Plaintiffs,<br><br>v.<br><br>GreatBanc Trust Company, Wells Fargo & Co., and Timothy J. Sloan,<br><br>Defendants. | No. 0:22-cv-02354-LMP-SGE |

**NOTICE OF SETTLEMENT**

Plaintiffs Aryne Randall, Peter Morrissey, and Scott Kuhn ("Plaintiffs") and Defendants GreatBanc Trust Company, Wells Fargo & Company, and Timothy J. Sloan ("Defendants" and, with Plaintiffs, the "Parties") hereby submit this notice of settlement.

The Parties have reached a class-wide settlement in principle, and they are working to prepare papers to memorialize the terms of that agreement and seek Court approval of it under Federal Rule of Civil Procedure 23(e). Plaintiffs anticipate filing an unopposed motion for preliminary approval of the settlement no later than October 21, 2025. Accordingly, the Parties propose that the Court vacate the hearing on Motions for Summary Judgment scheduled for August 20, 2025, and all pending deadlines as the Parties work to finalize those papers.

1

Dated: August 15, 2025

**NICHOLS KASTER, PLLP**

s/ Brock J. Specht
Paul J. Lukas, MN Bar No. 022084X
Steven Andrew Smith, MN Bar No. 260836
Brock J. Specht, MN Bar No. 0388343
Elizabeth M. Binczik, MN Bar No. 0398233
80 South 8th St., Suite 4700
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
lukas@nka.com
smith@nka.com
bspecht@nka.com
ebinczik@nka.com

**BAILEY & GLASSER LLP**
Gregory Y. Porter (admitted *pro hac vice*)
1054 31st Street, NW, Suite 230
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
gporter@baileyglasser.com

**BAILEY & GLASSER LLP**
Mark G. Boyko (admitted *pro hac vice*)
34 N. Gore Avenue
Webster Groves, MO 63119
Telephone: (314) 863-5446
mboyko@baileyglasser.com

**BAILEY & GLASSER LLP**
Laura Babiak (admitted *pro hac vice*)
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
lbabiak@baileyglasser.com

**FEINBERG, JACKSON, WORTHMAN & WASOW LLP**
Nina Wasow (admitted *pro hac vice*)

Daniel Feinberg (admitted *pro hac vice*)
Todd Jackson (admitted *pro hac vice*)
2030 Addison St., Suite 500
Berkeley, CA 94704
Telephone: (510) 269-7998
Facsimile:  (510) 269-7994
nina@feinbergjackson.com
dan@feinbergjackson.com
todd@feinbergjackson.com

**FEINBERG, JACKSON, WORTHMAN & WASOW LLP**
Mary Bortscheller, MN Bar No. 0399634
2112 Broadway St. NE, Suite 225 #137
Minneapolis, MN 55413
Telephone: (510) 269-7921
Facsimile: (510) 269-7994
mary@feinbergjackson.com

*Attorneys for Plaintiffs*


**PROSKAUER ROSE LLP**

/s Russell L. Hirschhorn
Russell L. Hirschhorn (*pro hac vice*)
Myron D. Rumeld *(pro hac vice)*
Joseph E. Clark (*pro hac vice*)
Sydney L. Juliano (*pro hac vice*)
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
rhirschhorn@proskauer.com
mrumeld@proskauer.com
jclark@proskauer.com
sjuliano@proskauer.com

**FAEGRE DRINKER BIDDLE & REATH LLP**
Jeffrey P. Justman (#0390413)
Kiera Murphy (#0401027)
90 S. 7th St., Suite 2200

3

Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
jeff.justman@faegredrinker.com
kiera.murphy@faegredrinker.com

*Counsel for Defendants Wells Fargo & Company and Timothy J. Sloan*


**BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP**

/s Roger H. Stetson
Roger H. Stetson (*pro hac vice*)
David B. Lurie (*pro hac vice*)
200 West Madison St., Suite 3900
Chicago, IL 60606
Telephone: (312) 629-7339
Facsimile: (312) 984-3150
roger.stetson@bfkn.com
david.lurie@bfkn.com


**BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP**
Nicholas H. Callahan (#0392656)
121 S. Eighth St., Suite 895
Minneapolis, MN 55402
Telephone: (612) 354-7402
Facsimile: (312) 984-3150
nick.callahan@bfkn.com

*Counsel for GreatBanc Trust Company*

4